FILED: May 11, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1099
(A221-489-392)
_____

TIAGO ALEXANDRE SOUSA MARTINS

Petitioner

v.

TODD BLANCHE, Acting Attorney General

Respondent

_____

O R D E R
_____

Upon consideration of submissions relative to petitioner's motion for stay of removal, the court grants the motion.

Judge Wynn and Judge Benjamin voted to grant the motion. Judge Quattlebaum voted to deny the motion.

For the Court

/s/ Nwamaka Anowi, Clerk